IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00500-RPM

ANDREW RUMMENS, a minor, by and through his parents and legal guardians
MICHAEL R. RUMMENS and JULIA G. RUMMENS, and
MICHAEL R. RUMMENS, and
JULIA G. RUMMENS, individually,

    Plaintiffs,

v.

PATRICK RUSSEL,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    Pursuant to the Stipulation for Dismissal With Prejudice, filed May 31, 2011 [13], it is

    ORDERED that the plaintiffs' Complaint and this civil action is dismissed with prejudice, with each party to pay their respective costs and fees incurred.

    DATED:   June 1st , 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge